## Velma Steele, Plaintiff-Appellant, v. John E. H. Brown, Defendant-Appellee.

### Gen. No. 11,630.

Second District, Second Division.

October 14, 1963.

Rehearing denied November 5, 1963.

Gates W. Clancy, of Geneva, for appellant; O'Brien, Burnell, Puckett & Barnett, of Aurora (Wilson D. Burnell and Richard J. Larson, of counsel), for appellee. Opinion by PRESIDING JUSTICE CROW. **Not to be published in full.**